September 25, 2014.



# JUDGMENT

# The Fourteenth Court of Appeals

DRESSER-RAND GROUP, INC. AND DRESSER-RAND HOLDINGS SPAIN, S.L.U., Appellants

NO. 14-13-00444-CV                          V.

CENTAURO CAPTIAL S.L.U. AND JOSEBA GRAJALES, Appellees

_____

This cause, an appeal from the judgment, signed, May 1, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellants, Dresser-Rand Group, Inc. and Dresser-Rand Holdings Spain, S.L.U., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.